464

544 A.2d 445

**Isaac JOHNSON**

v.

**MOBIL OIL CORPORATION, Petitioner.**

Supreme Court of Pennsylvania.

July 18, 1988.

## ORDER

**PER CURIAM.**

Petition Granted Limited to Issue II, No. 93 E.D. Appeal Docket 1988.